IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN TODD CABLE, ADMINISTRATOR OF THE ESTATE OF STEPHEN WAYNE CABLE DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN A. CABLE, widow, FIRST FEDERAL BANK, MONUMENTAL LIFE INSURANCE CO., GLOBE LIFE & ACCIDENT INSURANCE CO., UNITED FIDELITY INSURANCE CO., HARTFORD LIFE AND ACCIDENT INSURANCE CO. and ACE AMERICAN INSURANCE CO.,<br><br>Defendants. | CIVIL ACTION NO.: 3:10-CV-00004<br>JUDGE: ECHOLS<br>MAGISTRATE: BRYANT |

**AGREED ORDER REMANDING CASE**

It appears to the Court, as evidenced by the signatures of counsel for the respective parties below and after a review of the record in this case, that the parties are in agreement that this case should be remanded to the Chancery Court for Humphreys County, Tennessee. Following the filing of the Notice of Removal, the parties discovered that the Plaintiff's complaint does not give rise to a federal question and, upon remand, the Plaintiff intends to amend the complaint to reflect that fact. It is therefore

**ORDERED** that this action is remanded to the Chancery Court for Humphreys County, Tennessee.

Entered this _11th___ day of February, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:


  /s/ Kevin C. Baltz
Taylor B. Mayes (No. 19495)
Kevin C. Baltz (No. 22669)
Miller & Martin PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2433
(615) 244-9270

*Attorneys for Defendant Hartford Life
and Accident Insurance Company*


  /s/ Olin J. Baker by KCB with permission
Olin J. Baker (No. 26184)
Baker and Winton, PLLC
P.O. Box 250
Charlotte, Tennessee 37036
(615) 789-3164

*Attorneys for Defendant Carolyn Cable*


  /s/ Peggy R. Smith by KCB with permission
Peggy R. Smith (No. 26603)
Porch Peeler Williams & Thomason
102 S. Court Square
Waverly, TN 37185
(931) 296-7741

*Attorneys for Plaintiff, Steven Todd Cable,
Administrator of the Estate of Stephen
Wayne Cable, Deceased*

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Agreed Order Remanding Case has been served upon the following counsel of record to this proceeding either by filing through the Court's CM-ECF system or by placing a copy of same in the United States Mail, properly addressed and first-class postage prepaid on the 2nd day of February, 2010:

Benjamin C. Regen
Creekside Center Unit C-1
465 Henslee Drive
P.O. Box 190
Dickson, TN 37056-0190

Monumental Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

Globe Life and Accident Insurance Company
204 North Robinson Avenue
Oklahoma City, OK 73102

                                                  /s/ Kevin C. Baltz
                                                  Kevin C. Baltz